**Fill in this information to identify the case:**

Debtor Name **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-30600-swe**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **PNC Bank** | **Checking account** | __ __ __ __ | **$385,000.00** |
| 3.2. **Wells Fargo Bank** | **Checking account** | __ __ __ __ | **$500,000.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____    _____
   4.2 _____    _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$885,000.00**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor **TOG Hotels Downtown Dallas LLC**

Name

Case number *(if known)* **25-30600-swe**

---

7.1 **State of Ttexas** **unknown**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➡ _____
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =..... ➡ _____
                        face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____ _____ _____

14.2 _____ _____ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1 _____ _____ _____ _____

15.2. _____ _____ _____ _____

---

Debtor    **TOG Hotels Downtown Dallas LLC**

Name

Case number *(if known)* **25-30600-swe**

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    [_____]

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| **Case goods and room furnishings; Banquet dishes; Office supplies; Laundry equipment; Kitchen equipment; Pool equipment; Fitness Center equipment; Housekeeping supplies; TVs** | **02/01/2025** MM / DD / YYYY | **unknown** | **Debtor's opinion of value** | **$540,000.00** |
| **22. Other inventory or supplies** | | | | |
| **Liquor and Food** | **02/01/2025** MM / DD / YYYY | **unknown** | **Debtor's opinion of value** | **$7,500.00** |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    [**$547,500.00**]

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☑ Yes.  Book value  **unknown**  Valuation method  **Debtor's opinion of value**  Current value  **$7,500.00**

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* **25-30600-swe** |
|---|---|---|
| | Name | |

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

&#9745; No

&#9744; Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

&#9745; No. Go to Part 7.

&#9744; Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    [_____]

34. **Is the debtor a member of an agricultural cooperative?**

&#9745; No

&#9744; Yes. Is any of the debtor's property stored at the cooperative?

   &#9744; No

   &#9744; Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

&#9745; No

&#9744; Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

&#9745; No

&#9744; Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

&#9745; No

&#9744; Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* **25-30600-swe** |
|---|---|---|
| | Name | |

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Laundry Equipment** | **unknown** | | **$50,000.00** |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                    **$50,000.00**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Dodge Grand Caravan /** Debtor owns 3 vehicles. | **unknown** | **Debtor's opinion of value** | **$20,000.00** |

---

Debtor   **TOG Hotels Downtown Dallas LLC**
Name

Case number *(if known)* **25-30600-swe**

---

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 **2 Jet Skis** _____ unknown _____ **unknown**

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____

51. **Total of Part 8**                                                                                      **$20,000.00**
   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No
   ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Crowne Plaza Hotel Dallas Downtown / 1015 Elm Street Dallas, TX 75202** | **Fee Simple** | unknown | **Debtor's opinion of value - no current appraisal** | **$45,000,000.00** |

56. **Total of Part 9**                                                                                      **$45,000,000.00**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

---

Debtor   **TOG Hotels Downtown Dallas LLC**
Name

Case number *(if known)* **25-30600-swe**

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| www.crowneplazadallas.com | unknown | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| IHG Franchise | unknown | | unknown |
| Food permit; Liquor license; Health permit; Elevator permits; Fire Panel permit; Building Permit; Pool permit | unknown | | unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer list held by IHG | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| Goodwill | unknown | | unknown |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor   **TOG Hotels Downtown Dallas LLC**
Name

Case number *(if known)* **25-30600-swe**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

    | | **Current value of debtor's interest** |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ =➔   _____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    **General Liability policy; Property insurance; EPLI insurance; Vehicle insurance**      **unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Lawsuit against Rhodes Byron Haggard for damages**      **$2,088,000.00**

    **Nature of claim**   **Damages - lawsuit has been settled**

    **Amount requested**   **$2,088,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____   _____

    **Nature of claim**   _____

    **Amount requested**   _____

76. **Trusts, equitable or future interests in property**

    _____   _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **to be determined**      **unknown**

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.      **$2,088,000.00**

---

Debtor **TOG Hotels Downtown Dallas LLC**
Name

Case number *(if known)* __25-30600-swe__

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $885,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | unknown | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $547,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................... ➡ | | $45,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,088,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $3,590,500.00 + 91b. | $45,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... | | $48,590,500.00 |

Fill in this information to identify the case:

Debtor name **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the: **Northern**    District of    **Texas**
(State)

Case number (if known): **25-30600-swe**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1.    Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.    List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

**2.1    Creditor's name**

**Alliance Laundry Systems LLC**

**Creditor's mailing address**

**PO Box Box 990**

**Ripon, WI 54971**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

Laundry Equipment

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| | $50,000.00 | $50,000.00 |

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$23,050,000.00**

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

| Debtor | **TOG Hotels Downtown Dallas LLC** | | Case number (if known) | **25-30600-swe** |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** Creditor's name

**Ascentium Capital**

Describe debtor's property that is subject to a lien

Amount of claim: **unknown**     Value of collateral: **unknown**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** financing of TVs for Hotel

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number (if known) **25-30600-swe** |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** Creditor's name

**Wilmington Trust, NA as Trustee**

Describe debtor's property that is subject to a lien
Crowne Plaza Hotel Dallas Downtown

$23,000,000.00          $45,000,000.00

Creditor's mailing address

**1100 North Market Street**

**Wilmington, DE 19890**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Fill in this information to identify the case:

Debtor name **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-30600-swe**

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,540.12** | **$37,540.12** |

**2.1** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**Bankruptcy and Lien Section Revenue Accounting Division**

**PO Box 13528**

**Austin, TX 78711-3528**

Date or dates debt was incurred

_____

Last 4 digits of account number **6 4** - **8**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $947.19 |
|---|---|---|---|

**1 Call Service**

**Trividea**

**PO Box 112121**

**Carrollton, TX 75011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,906.12 |
|---|---|---|---|

**AGODA INTERNATIONAL USA LLC**

**PO Box 735562**

**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.81 |
|---|---|---|---|

**American Hotel Register**

**Consolidated Hospitality Suppl**

**PO Box 677130**

**Dallas, TX 75267-7130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $902.81 |
|---|---|---|---|

**AT&T Global Network Services**

**PO Box 5019**

**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **TOG Hotels Downtown Dallas LLC** | | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white;">**Part 2:** Additional Page</div>

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,602.29 |
|---|---|---|---|

**ATMOS ENERGY**

PO Box 740353

Cincinnati, OH 45274-0353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.09 |
|---|---|---|---|

**BARCLAYS**

PO Box 60517

City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number  9  9  6  5

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $865.26 |
|---|---|---|---|

**BMI**

10 Music Square East

Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $812.70 |
|---|---|---|---|

**BOOK MY GROUP**

PO Box 10783

FAIRFIELD, NJ

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**BOOKING.COM BV**

**PO Box 841291**

**Dallas, TX 75284**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,703.23

---

**3.10** Nonpriority creditor's name and mailing address

**Business Specialty Insurance**

**412 Park Grove Lane**

**77540**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,739.00

---

**3.11** Nonpriority creditor's name and mailing address

**C T CORPORATION**

**PO Box 4349**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$714.53

---

**3.12** Nonpriority creditor's name and mailing address

**C&P PUMP SERVICES, INC**

**PO Box 530644**

**Grand Prairie, TX 75053**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,277.35

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.13** Nonpriority creditor's name and mailing address

**Canary Technologies Corp**

**PO Box 7603**

**San Francisco, CA 94120**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,988.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Cintas Corporation**

**97627 Eagle Way**

**Chicago, IL 60678**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Uniforms

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,157.67**

---

**3.15** Nonpriority creditor's name and mailing address

**Cintas Fire Protection Corp**

**PO Box 636525**

**Cincinnati, OH 45263**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$9,601.22**

---

**3.16** Nonpriority creditor's name and mailing address

**CITI BUSINESS CARD**

**PO Box 78081**

**Phoenix, AZ 85062-8045**

Date or dates debt was incurred _____

Last 4 digits of account number  1  6  1  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$37,770.49**

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,982.61 |
|---|---|---|---|

**CITI BUSINESS CARD**

**PO Box 78081**

**Phoenix, AZ 85062-8045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  **5  6  5  9**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,033.02 |
|---|---|---|---|

**CITI BUSINESS CARD**

**PO Box 78081**

**Phoenix, AZ 85062-8045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  **7  4  7  3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.81 |
|---|---|---|---|

**Citi Card**

**PO Box 78045**

**Phoenix, AZ 85062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  **3  9  2  6**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,353.17 |
|---|---|---|---|

**Citi Card**

**PO Box 78045**

**Phoenix, AZ 85062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  **8  7  2  3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address

**Citi Card**

**PO Box 78045**

**Phoenix, AZ 85062**

Date or dates debt was incurred

Last 4 digits of account number    **7  6  6  8**

As of the petition filing date, the claim is:    $16,684.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**CITI CARD**

**PO Box 78045**

**Phoenix, AZ 85062**

Date or dates debt was incurred

Last 4 digits of account number    **5  4  9  4**

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Citi Cards**

**PO Box 78045**

**Phoenix, AZ 85062**

Date or dates debt was incurred

Last 4 digits of account number    **8  6  2  4**

As of the petition filing date, the claim is:    $7,156.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**Citi Cards**

**Daniel**

**PO Box 78019**

**Phoenix, AZ 85062**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $1,990.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | TOG Hotels Downtown Dallas LLC | Case number *(if known)* | 25-30600-swe |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

CITY OF DALLAS

SPECIAL COLLECTIONS DIVISION

PO Box 139076

Dallas, TX 75315-9076

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20.00

---

**3.26** Nonpriority creditor's name and mailing address

CITY OF DALLAS

DEPT OF CODE COMPLIANCE

7901 GOFORTH RD

Dallas, TX 75238

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$995.00

---

**3.27** Nonpriority creditor's name and mailing address

City of Dallas Utilities

City Hall, 2D South

Dallas, TX 75277

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25.04

---

**3.28** Nonpriority creditor's name and mailing address

DALLAS FIRE RESCUE DEPT

REINSPECTION COLLECTIONS

1551 BAYLOR ST. 4000

Dallas, TX 75226

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$255.00

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.43**

**DELUXE BRANDED MARKETING**

PO Box 645633

Cincinnati, OH 45264

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

**Dow Jones & Co**

Wall Street Journal or Barrons

PO Box 4137

New York, NY 10261

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$942.46**

**ECOLAB**

PO Box 70343

Chicago, IL 60673

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,038.80**

**EMPLOYERS PREFERRED INS.CO**

PO Box 842110

Los Angeles, CA 90084-2110

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.33** | **Nonpriority creditor's name and mailing address**

**FED EX**

**PO Box 660481**

**Dallas, TX 75266-0481**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$100.05

---

**3.34** | **Nonpriority creditor's name and mailing address**

**Flashparking Inc**

**PO Box 735582**

**Dallas, TX 75373**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,534.92

---

**3.35** | **Nonpriority creditor's name and mailing address**

**Foley & Lardner LLP**

**PO Box 78470**

**Milwaukee, WI 53278**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$148,821.84

---

**3.36** | **Nonpriority creditor's name and mailing address**

**GARDA CL SOUTHWEST**

**LOCKBOX #233209**

**3209 MOMENTUM PLACE**

**Chicago, IL 60680**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$822.44

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.37** Nonpriority creditor's name and mailing address

GRAINGER

DEPT . 842525685

PO Box 419267

Kansas City, MO 64141-6267

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$98.80

---

**3.38** Nonpriority creditor's name and mailing address

GUEST SUPPLY

A SYSCO COMPANY

PO Box 6771

Somerset, NJ 08875

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,493.56

---

**3.39** Nonpriority creditor's name and mailing address

H D SUPPLY FACILITIES MAINT

PO Box 509058

San Diego, CA 92150

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,834.05

---

**3.40** Nonpriority creditor's name and mailing address

HOTEL INTERNET SERVICES

PO Box 1102

Sunland, CA 91041

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$535.84

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.41** Nonpriority creditor's name and mailing address

**IHG Hotels & Resorts**

**Attn: Jenny Tidwell, Vice President**

**Three Ravinia Drive 100**

**Atlanta, GA 30346**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Franchise Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.42** Nonpriority creditor's name and mailing address

**Impulsify Inc**

**PO Box 92252**

**Las Vegas, NV 89193**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,175.61**

---

**3.43** Nonpriority creditor's name and mailing address

**INFORMA EXHIBITIONS US**

**222 WEST LAS COLINAS BLVD STE 450E**

**Irving, TX 75039**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,978.00**

---

**3.44** Nonpriority creditor's name and mailing address

**INTERCONTINENTAL HOTELS GROUP**

**c/o WELLS FARGO BANK NA**

**PO Box 101074**

**Atlanta, GA 30392**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$66,789.54**

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td>Additional Page</td></tr>
</table>

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117,636.24 |
|---|---|---|---|
| | **IPFS Corporation** | *Check all that apply.* | |
| | **PO Box 730223** | ☐ Contingent | |
| | **Dallas, TX 75373** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number  9  3  6  9 | Is the claim subject to offset? | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Leib Lerner** | *Check all that apply.* | |
| | **Alston & Bird** | ☐ Contingent | |
| | **333 South Hope St 16th Floor** | ☐ Unliquidated | |
| | **Los Angeles, CA 90071** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number ____ ____ ____ ____ | ☑ No | |
| | | ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.07 |
|---|---|---|---|
| | **LESLIES POOL SUPPLIES INC** | *Check all that apply.* | |
| | **PO Box 501162** | ☐ Contingent | |
| | **Saint Louis, MO 63150** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number ____ ____ ____ ____ | ☑ No | |
| | | ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.58 |
|---|---|---|---|
| | **LONESTAR COPY PRODUCTS** | *Check all that apply.* | |
| | **PO Box 190171** | ☐ Contingent | |
| | **Dallas, TX 75219** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number ____ ____ ____ ____ | ☑ No | |
| | | ☐ Yes | |

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,113.80 |
|---|---|---|---|

**3.49** Nonpriority creditor's name and mailing address

**LOWES**

**PO Box 530954**

**Atlanta, GA 30353**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,113.80

---

**3.50** Nonpriority creditor's name and mailing address

**Mariah Menard**

**c/o Eric D. Rogers**
**Spielberger Law Group**

**4890 W. Kennedy Blvd. Suite 950**

**Tampa, TX 33609**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Pending Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.51** Nonpriority creditor's name and mailing address

**Maritz Global Events AT&L INC.**

**1375 North Highway Drive**

**Fenton, MO 63099**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,212.26

---

**3.52** Nonpriority creditor's name and mailing address

**Matt R. Moriarity**

**Polsinelli PC**

**2950 N. Harwood Street, Suite 2100 900**

**Dallas, TX 75201**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

**Part 2:**  Additional Page

---

**3.53** | Nonpriority creditor's name and mailing address

**Network Elites Services LLC**

**4100 International PKWY 2200**

**Carrollton, TX 75007**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$899.00

---

**3.54** | Nonpriority creditor's name and mailing address

**OFFICE DEPOT**

**PO Box 660113**

**Dallas, TX 75266**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$400.66

---

**3.55** | Nonpriority creditor's name and mailing address

**ONPEAK, LLC**

**GES EVENT INTELLIGENCE SVC INC**

**8313 COLLECTION CENTER DRIVE**

**Chicago, IL 60693**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,359.76

---

**3.56** | Nonpriority creditor's name and mailing address

**ORKIN**

**PO Box 638898**

**Cincinnati, OH 45263-8898**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$519.76

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page 15 of 22

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

**Paratus Service Group Corp**

**Scorpion Startup LLC**

**10410 GLobe Rd Unit 104**

**Morrisville, NC 27560**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$31,000.00

---

**3.58** Nonpriority creditor's name and mailing address

**Parker Technology LLC**

**1630 N Meridian St Ste 125**

**Indianapolis, IN 46202**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,394.04

---

**3.59** Nonpriority creditor's name and mailing address

**Pathian Administrators**

**Healthsmart Benefit Solutions**

**PO Box 17791**

**Denver, CO 80217**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$42.38

---

**3.60** Nonpriority creditor's name and mailing address

**Ramiro Portillo-Olivas & Claudia Portillo**

**c/o Mildred Ashley**
**KTC Law Firm**

**5720 LBJ Freeway Suite 440**

**Dallas, TX 75240**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Pending Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.29 |
|---|---|---|---|
| | **Regency Lighting** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **PO Box 8576** | ☐ Unliquidated | |
| | **Pasadena, CA 91109** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Rhodes Byron Haggard** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **c/o Samuel J. Polak** | ☐ Unliquidated | |
| | **Polak Law Group** | ☐ Disputed | |
| | **600 N. Pearl Street Suite 1900** | **Basis for the claim:** **Notice only** | |
| | **Dallas, TX 75201** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Date or dates debt was incurred _____ | ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.60 |
|---|---|---|---|
| | **Road Rebel Entertainment Inc** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **2869 Historic Decatur Rd** | ☐ Unliquidated | |
| | **San Diego, CA 92106** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,890.66 |
|---|---|---|---|
| | **Roadrunner Inc** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **PO Box 6011** | ☐ Unliquidated | |
| | **Hermitage, PA 16148** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.65** Nonpriority creditor's name and mailing address

**Royal Cup Coffee**

**PO Box 841000**

**Dallas, TX 75284**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,724.12

---

**3.66** Nonpriority creditor's name and mailing address

**Sesac**

**PO Box 5246**

**New York, NY 10008**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,049.67

---

**3.67** Nonpriority creditor's name and mailing address

**Shirmurphy Enterprises LLC**

**PO Box 133148**

**Dallas, TX 75313**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,159.20

---

**3.68** Nonpriority creditor's name and mailing address

**SIGNAGE SYSTEMS INC.**

**7900 Ferguson Rd**

**Dallas, TX 75228**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$502.28

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="2">Additional Page</td></tr>
</table>

| **3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,358.03 |
|---|---|---|---|
| | **Spec's Liquors** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **7777 Hines Place Blvd** | ☐ Unliquidated | |
| | **Dallas, TX 75235** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,942.13 |
|---|---|---|---|
| | **Spectrum Business** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **PO Box 60074** | ☐ Unliquidated | |
| | **City of Industry, CA 91716** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.60 |
|---|---|---|---|
| | **TA Connections IL, LLC** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **PO Box 74008563** | ☐ Unliquidated | |
| | **Chicago, IL 60674** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.74 |
|---|---|---|---|
| | **Tandem Data Resource Group** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **25 Highland Park Village Suite 100-154** | ☐ Unliquidated | |
| | **Dallas, TX 75205** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,054.60 |
|---|---|---|---|

**Team Travel Source Inc**

**12910 Shelbyville Rd Ste 215**

**Louisville, KY 40243**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,726.73 |
|---|---|---|---|

**THE BRANDT COMPANIES, LLC**

**PO Box 227351**

**Dallas, TX 75222-7351**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395.12 |
|---|---|---|---|

**TMI Communication / Teksecute**

**PO Box 737108**

**Dallas, TX 75373**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $948.15 |
|---|---|---|---|

**Travel Sanabria Imagen**

**300 Thunderbird Ste 10**

**El Paso, TX 79912**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white;display:inline-block;">Part 2:</div> Additional Page

---

| **3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Wilmington Trust, National Association as Trustee**

**c/o Matt R. Moriarity**
**Polsinelli PC**

**2950 N. Harwood Street Suite 2100**

**Dallas, TX 75201**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Pending Lawsuit**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$37,540.12** |
| 5b. | **Total claims from Part 2** | 5b. + | **$720,362.44** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$757,902.56** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TOG Hotels Downtown Dallas LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-30600-swe**    Chapter    **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Lease of TVs for Hotel** | **Ascentium Capital** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | **Copier Contract** | **Copier Contract** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | **Elevator service contract** | **Elevator Service Contract** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | **IHG Hotels & Resorts** <br> **Attn: Jenny Tidwell, Vice President Franchise Licensing and Complaint** <br> **Three Ravinia Drive 100** <br> **Atlanta, GA 30346** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number *(if known)* | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **TV service contract** | **Worldview** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

```
Fill in this information to identify the case:

Debtor name        TOG Hotels Downtown Dallas LLC

United States Bankruptcy Court for the:     Northern      District of    Texas
                                                                         (State)
Case number (If known):       25-30600-swe
```

☐ Check if this is an
amended filing

<u>Official Form 206H</u>

# Schedule H: Codebtors                                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.** |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** | **Terry Tognazzini** | **1015 Elm Street** <br> Street <br><br> **Dallas, TX 75202** <br> City      State      ZIP Code | **Wilmington Trust, NA as Trustee** <br><br> **Ascentium Capital** <br><br> **IHG Hotels & Resorts** | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☐ D <br> ☐ E/F <br> ☑ G <br> ☐ D <br> ☐ E/F <br> ☑ G |
| **2.2** | _____ | Street <br><br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.3** | _____ | Street <br><br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.4** | _____ | Street <br><br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number (if known) | **25-30600-swe** |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

```
Fill in this information to identify the case:

Debtor name            TOG Hotels Downtown Dallas LLC

United States Bankruptcy Court for the:
                       Northern District of Texas

Case number (if known):    25-30600-swe      Chapter    11
```

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                          12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
       Copy line 88 from *Schedule A/B*................................................................................................

       **$45,000,000.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................................................

       **$3,590,500.00**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................................................

       **$48,590,500.00**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$23,050,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................

       **$37,540.12**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

       **+        $720,362.44**

4. **Total liabilities**.................................................................................................................................
   Lines 2 + 3a + 3b

   **$23,807,902.56**

**Fill in this information to identify the case:**

Debtor name __**TOG Hotels Downtown Dallas LLC**__

United States Bankruptcy Court for the:

__**Northern District of Texas**__

Case number (if known): __**25-30600-swe**__

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/20/2025__
         MM/  DD/  YYYY

X __/s/ Scott Nadel__
Signature of individual signing on behalf of debtor

__Scott Nadel__
Printed name

__Authorized Representative / CRO__
Position or relationship to debtor