Fill in this information to identify the case:

Debtor name **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **25-30600-SWE11**

☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*........................................................................ $ 45,751,190.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*...................................................................... $ 6,098,598.00

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*........................................................................ $ 51,849,788.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D............ $ 24,022,641.72

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ 35,364.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... +$ 785,378.58

4. Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b $ 24,843,384.30

Fill in this information to identify the case:

Debtor name **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **25-30600-SWE11**

☑ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the Instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **PNC Bank** | Checking account | | $385,000.00 |
| 3.2. **Wells Fargo Bank** | Checking account | | $500,000.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$885,000.00

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| 7.1. **State of Texas** | Unknown |
|---|---|

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor   **TOG Hotels Downtown Dallas LLC**
Name

Case number *(if known)* **25-30600-SWE11**

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

    $0.00

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

    ☑ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. Does the debtor own any investments?

    ☑ No. Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☐ No. Go to Part 6.
    ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale Case goods and room furnishings; Banquet dishes; Office supplies; Laundry equipment; Kitchen equipment; Pool equipment; Fitness Center equipment; Housekeeping supplies; TVs | 02/01/2025 | Unknown | debtor's opinion | $540,000.00 |
| 22.  Other inventory or supplies Liquor and Food | 02/01/2025 | Unknown | Debtor's opinion | $7,500.00 |

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

    $547,500.00

24. Is any of the property listed in Part 5 perishable?
    ☐ No
    ☑ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☑ Yes. Book value    7,500.00  Valuation method    Book value    Current Value    7,500.00

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☑ No

| Debtor | TOG Hotels Downtown Dallas LLC | | Case number (if known) 25-30600-SWE11 |
|---|---|---|---|
| | Name | | |

☐ Yes

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| **Laundry equipment** | Unknown | Debtors opinion | $50,000.00 |
| **42.** Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **43.** Total of Part 7. Add lines 39 through 42. Copy the total to line 86. | | | $50,000.00 |

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

**Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. 2007 Chevrolet Express Cargo Van | $7,047.00 | Kelly Blue Book | $7,047.00 |
| 47.2. 2007 Dodge 1500 Pickup | $4,801.00 | Kelly Blue Book | $4,801.00 |

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | TOG Hotels Downtown Dallas LLC | | | Case number *(If known)* 25-30600-SWE11 | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 48.1. | 2022 Yamaha FX Cruiser HO | | $11,500.00 | J.D. Power | $11,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 48.2. | 2021 Yamaha FX SVHO | | $12,750.00 | J.D. Power | $12,750.00 |

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

51. Total of Part 8.

$36,098.00

Add lines 47 through 50. Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
   ☑ No
   ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

## Part 9: Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Crowne Plaza Hotel Downtown Dallas 1015 Elm Street, Dallas, TX 75202 | Fee simple | Unknown | Debtor's opinion | $45,000,000.00 |
| 55.2.   911 Elm Street, Dallas, Texas 75202 | Fee simple | Unknown | Debtors opinion | $319,959.10 |
| 55.3.   Land at 911 Elm Street, Dallas, Texas 75202 | Fee simple | Unknown | Debtors opinion | $431,230.90 |

56. Total of Part 9.

$45,751,190.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
   ☑ No
   ☐ Yes

Debtor    **TOG Hotels Downtown Dallas LLC**            Case number *(if known)* **25-30600-SWE11**
          <u>Name</u>

58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?
      ☑ No
      ☐ Yes

**Part 10.**    **Intangibles and Intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

      ☐ No. Go to Part 11.
      ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites<br>www.crowneplazadallas.com | Unknown | | Unknown |
| 62. Licenses, franchises, and royalties<br>**IHG Franchise** | Unknown | | Unknown |
| Food permit: Liquor license; Health permit; Elevator permits; Fire panel permit; Building permit; Pool permit | Unknown | | Unknown |
| 63. Customer lists, mailing lists, or other compilations<br>Customer list held by IHG | Unknown | | Unknown |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill<br>Goodwill | Unknown | | Unknown |

66.   Total of Part 10.
      Add lines 60 through 65. Copy the total to line 89.                                    $0.00

67.   Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ☑ No
      ☐ Yes

68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?
      ☑ No
      ☐ Yes

69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?
      ☑ No
      ☐ Yes

**Part 11.**    **All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No. Go to Part 12.
      ☑ Yes Fill in the information below.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 5

| Debtor | **TOG Hotels Downtown Dallas LLC** | | Case number *(if known)* **25-30600-SWE11** |
|---|---|---|---|
| | Name | | |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | | |
| | **RR Tog LLC/LP** **2677 N. Main St. Suite 470** **Santa Ana, Ca 92705** | 246,000.00 − Total face amount | 0.00 − doubtful or uncollectible amount | **$246,000.00** |
| | **FWRFC LLC - Radisson Fort Worth** **Fossil Creek** **2540 Meacham Blvd** **Fort Worth, TX 76106** | 1,471,000.00 − Total face amount | 0.00 − doubtful or uncollectible amount | **$1,471,000.00** |
| | **RR Santa Ana LP - Red Roof Inn** **Santa Ana** **2600 N. Main St** **Santa Ana, CA 92705** | 775,000.00 − Total face amount | 0.00 = doubtful or uncollectible amount | **$775,000.00** |

| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** **General liability policy; Property insurance; EPLI insurance; Vehicle insurance** | **Unknown** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| | **Lawsuit against Rhodes Byron Haggard for damages** | **$2,088,000.00** |
| | Nature of claim    **Damages - lawsuit has been settled** | |
| | Amount requested    **$2,088,000.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples: Season tickets, country club membership*

| 78. | **Total of Part 11.** | **$4,580,000.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **TOG Hotels Downtown Dallas LLC** | | | Case number (if known) **25-30600-SWE11** |
| | Name | | | |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1 | $885,000.00 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0.00 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0.00 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $547,500.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $50,000.00 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $36,098.00 | |
| 88. Real property. Copy line 56, Part 9............................................................> | | $45,751,190.00 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0.00 | |
| 90. All other assets. Copy line 78, Part 11. | + $4,580,000.00 | |
| 91. Total. Add lines 80 through 90 for each column | $6,098,598.00 | + 91b.   $45,751,190.00 |

92. Total of all property on Schedule A/B. Add lines 91a+91b=92

$51,849,788.00

Fill in this information to identify the case:

Debtor name    **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **25-30600-SWE11**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Alliance Laundry Systems LLC**<br>Creditor's Name<br>**Shepard Street**<br>**PO Box 990**<br>**Ripon, WI 54971-0990**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>Laundry equipment | | $50,000.00 | $50,000.00 |
| | Creditor's email address, if known | Describe the lien | | | |
| | | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | | |
| | Date debt was incurred | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | | |
| | Last 4 digits of account number | | | | |
| | Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **2.2** | **Channel Partners Capital, LLC**<br>Creditor's Name<br>**10900 Wayzata Blvd.**<br>**Suite 300**<br>**Hopkins, MN 55305**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>911 Elm Street, Dallas, Texas 75202 | | $95,076.96 | $319,959.10 |
| | Creditor's email address, if known | Describe the lien<br>**Statutory Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | | |
| | Date debt was incurred | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | | |
| | Last 4 digits of account number | | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | | |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 4

| Debtor | TOG Hotels Downtown Dallas LLC | Case number (if known) | 25-30600-SWE11 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 IOU Funding Inc.**
Creditor's Name

600 TownPark Lane
Suite 100
Kennesaw, GA 30144
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. IOU Funding Inc.
2. Mulligan Funding, LLC
3. Rapid SMFS LLC

Describe debtor's property that is subject to a lien
Land at 911 Elm Street, Dallas, Texas 75202

Describe the lien
Statutory Lien
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$120,650.19     $431,230.90

---

**2.4 Mulligan Funding, LLC**
Creditor's Name

Attn: Accounting Dept.
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

Describe debtor's property that is subject to a lien
Land at 911 Elm Street, Dallas, Texas 75202

Describe the lien
Statutory Lien
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$149,852.40     $431,230.90

---

**2.5 Rapid SMFS LLC**
Creditor's Name

4500 East West Highway
6th Floor
Bethesda, MD 20814
Creditor's mailing address

Describe debtor's property that is subject to a lien
Land at 911 Elm Street, Dallas, Texas 75202

Describe the lien
Statutory Lien
Is the creditor an insider or related party?
☑ No

$165,718.52     $431,230.90

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2 of 4

Debtor  **TOG Hotels Downtown Dallas LLC**  Case number (if known)  **25-30600-SWE11**

Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ☑ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| Last 4 digits of account number | |

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Region Bank DBA Ascentium Capital**

Creditor's Name

Describe debtor's property that is subject to a lien

Case goods and room furnishings; Banquet dishes; Office supplies; Laundry equipment; Kitchen equipment; Pool equipment; Fitness Center equipment; Housekeeping supplies; TVs

$441,543.65  $540,000.00

**23970 HWY 59 N Kingwood, TX 77339**

Creditor's mailing address

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** **Wilmington Trust, N.A. as Trustee**

Creditor's Name

Describe debtor's property that is subject to a lien
**Crowne Plaza Hotel Dallas Downtown**

$23,000,000.00  $45,000,000.00

**1100 North Market Street Wilmington, DE 19890**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

3.  $24,022,641.

Debtor  __TOG Hotels Downtown Dallas LLC__          Case number (if known)  __25-30600-SWE11__
    Name

Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | 72 |

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Channel Partners Capital, LLC<br>600 TownPark Lane<br>Suite 555<br>Kennesaw, GA 30144 | Line  2.2 | |
| Channel Partners Capital, LLC<br>1111 East College Dr.<br>Suite #200<br>Marshall, MN 56258 | Line  2.2 | |
| Channel Partners Capital, LLC<br>4200 University Avenue<br>Suite 310<br>West Des Moines, IA 50266 | Line  2.2 | |

**Fill in this information to identify the case:**

Debtor name      **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **25-30600-SWE11**

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Texas State Comptroller**<br>**111 E. 17 Street**<br>**Austin, TX 78774** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,364.00 | $35,364.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade debt** | | |
| | Last 4 digits of account number **648**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**1 Call Service**<br>**Trividea**<br>**PO Box 112121**<br>**Carrollton, TX 75011** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $947.19 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**AAdvantage Laundry Systems, Inc**<br>**2510 National Drive**<br>**Garland, TX 75041** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

56469

| Debtor | TOG Hotels Downtown Dallas LLC | | Case number (if known) | 25-30600-SWE11 |
| | Name | | | |

**3.3** Nonpriority creditor's name and mailing address
**ACE Mart Restaurant Supply**
3128 Forest Lane
Dallas, TX 75234

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$402.66**

**3.4** Nonpriority creditor's name and mailing address
**Adobe Inc.**
345 Park Ave.
San Jose, CA 95110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$59.99**

**3.5** Nonpriority creditor's name and mailing address
**AGODA INTERNATIONAL USA LLC**
PO Box 735562
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,906.12**

**3.6** Nonpriority creditor's name and mailing address
**Amazon**
410 Terry Ave N
Seattle, WA 98109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$392.52**

**3.7** Nonpriority creditor's name and mailing address
**American Hotel Register
Consolidated Hospitality Supply**
PO Box 677130
Dallas, TX 75267-7130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$109.81**

**3.8** Nonpriority creditor's name and mailing address
**AT&T Global Network Services**
PO Box 5019
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$902.81**

**3.9** Nonpriority creditor's name and mailing address
**ATMOS ENERGY**
PO Box 740353
Cincinnati, OH 45274-0353

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$20,602.29**

**3.10** Nonpriority creditor's name and mailing address
**BARCLAYS**
PO Box 60517
City of Industry, CA 91716

Date(s) debt was incurred _

Last 4 digits of account number 9965

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$240.09**

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number (if known) | 25-30600-SWE11 |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,305.78 |
|---|---|---|---|
| | **Blue Cross Blue Shield** | ☐ Contingent | |
| | **Healthcare Services Corp.** | ☐ Unliquidated | |
| | **Dallas, TX 75265-0615** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $865.26 |
|---|---|---|---|
| | **BMI** | ☐ Contingent | |
| | **10 Music Square East** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.70 |
|---|---|---|---|
| | **BOOK MY GROUP** | ☐ Contingent | |
| | **PO Box 10783** | ☐ Unliquidated | |
| | **Fairfield, NJ** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $8,703.23 |
|---|---|---|---|
| | **BOOKING.COM BV** | ☐ Contingent | |
| | **PO Box 841291** | ☐ Unliquidated | |
| | **Dallas, TX 75284** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,739.00 |
|---|---|---|---|
| | **Business Specialty Insurance** | ☐ Contingent | |
| | **412 Park Grove Lane** | ☐ Unliquidated | |
| | **TX 77540** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.53 |
|---|---|---|---|
| | **C T CORPORATION** | ☐ Contingent | |
| | **PO Box 4349** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,277.35 |
|---|---|---|---|
| | **C&P PUMP SERVICES, INC** | ☐ Contingent | |
| | **PO Box 530644** | ☐ Unliquidated | |
| | **Grand Prairie, TX 75053** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,988.00 |
|---|---|---|---|
| | **Canary Technologies Corp** | ☐ Contingent | |
| | **PO Box 7603** | ☐ Unliquidated | |
| | **San Francisco, CA 94120** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor   **TOG Hotels Downtown Dallas LLC**                    Case number (if known)   25-30600-SWE11
Name

| | | |
|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **Cintas Corporation** | ☐ Contingent |
| | **97627 Eagle Way** | ☐ Unliquidated |
| | **Chicago, IL 60678** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Uniforms** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

**$1,455.34**

| | | |
|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **Cintas Fire Protection Corp** | ☐ Contingent |
| | **PO Box 636525** | ☐ Unliquidated |
| | **Cincinnati, OH 45263** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

**$9,601.22**

| | | |
|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **CITI BUSINESS CARD** | ☐ Contingent |
| | **PO Box 78081** | ☐ Unliquidated |
| | **Phoenix, AZ 85062-8045** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **1615** | Is the claim subject to offset? ☑ No ☐ Yes |

**$37,770.49**

| | | |
|---|---|---|
| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **CITI BUSINESS CARD** | ☐ Contingent |
| | **PO Box 78081** | ☐ Unliquidated |
| | **Phoenix, AZ 85062-8045** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **5659** | Is the claim subject to offset? ☑ No ☐ Yes |

**$74,982.61**

| | | |
|---|---|---|
| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **CITI BUSINESS CARD** | ☐ Contingent |
| | **PO Box 78081** | ☐ Unliquidated |
| | **Phoenix, AZ 85062-8045** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **7473** | Is the claim subject to offset? ☑ No ☐ Yes |

**$2,033.02**

| | | |
|---|---|---|
| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **Citi Card** | ☐ Contingent |
| | **PO Box 78045** | ☐ Unliquidated |
| | **Phoenix, AZ 85062** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **3926** | Is the claim subject to offset? ☑ No ☐ Yes |

**$292.81**

| | | |
|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **Citi Card** | ☐ Contingent |
| | **PO Box 78045** | ☐ Unliquidated |
| | **Phoenix, AZ 85062** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **8723** | Is the claim subject to offset? ☑ No ☐ Yes |

**$17,353.17**

| | | |
|---|---|---|
| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **Citi Card** | ☐ Contingent |
| | **PO Box 78045** | ☐ Unliquidated |
| | **Phoenix, AZ 85062** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **7668** | Is the claim subject to offset? ☑ No ☐ Yes |

**$16,684.49**

| Debtor | TOG Hotels Downtown Dallas LLC | Case number (if known) | 25-30600-SWE11 |
|---|---|---|---|
| | Name | | |

**3.27** Nonpriority creditor's name and mailing address
CITI CARD
PO Box 78045
Phoenix, AZ 85062

Date(s) debt was incurred _

Last 4 digits of account number  5494

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$5,000.00**

---

**3.28** Nonpriority creditor's name and mailing address
Citi Cards
PO Box 78045
Phoenix, AZ 85062

Date(s) debt was incurred _

Last 4 digits of account number  8624

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$7,156.93**

---

**3.29** Nonpriority creditor's name and mailing address
Citi Cards
Daniel
PO Box 78019
Phoenix, AZ 85062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,990.80**

---

**3.30** Nonpriority creditor's name and mailing address
CITY OF DALLAS
SPECIAL COLLECTIONS DIVISION
PO Box 139076
Dallas, TX 75315-9076

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

**3.31** Nonpriority creditor's name and mailing address
CITY OF DALLAS
DEPT OF CODE COMPLIANCE
7901 GOFORTH RD
Dallas, TX 75238

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$995.00**

---

**3.32** Nonpriority creditor's name and mailing address
City of Dallas Utilities
City Hall, 2D South
Dallas, TX 75277

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$25.04**

---

**3.33** Nonpriority creditor's name and mailing address
DALLAS FIRE RESCUE DEPT
REINSPECTION COLLECTIONS
1551 BAYLOR ST. 4000
Dallas, TX 75226

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$255.00**

Debtor   **TOG Hotels Downtown Dallas LLC**
_____ Name

Case number (if known)   **25-30600-SWE11**

---

**3.34** Nonpriority creditor's name and mailing address
**Dallas Fire Rescue Dept.**
1551 Baylor St., #4000
Dallas, TX 75226

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$255.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.35** Nonpriority creditor's name and mailing address
**DELUXE BRANDED MARKETING**
PO Box 645633
Cincinnati, OH 45264

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$740.43

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.36** Nonpriority creditor's name and mailing address
**Direct Energy Business**
PO Box 660749
Dallas, TX 75266

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$7.22

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.37** Nonpriority creditor's name and mailing address
**Douglas Bradley**
3930 Accent Dr., #2232
Dallas, TX 75287

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.38** Nonpriority creditor's name and mailing address
Dow Jones & Co
**Wall Street Journal or Barrons**
PO Box 4137
New York, NY 10261

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$90.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.39** Nonpriority creditor's name and mailing address
**ECOLAB**
PO Box 70343
Chicago, IL 60673

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$942.46

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.40** Nonpriority creditor's name and mailing address
**EMPLOYERS PREFERRED INS.CO**
PO Box 842110
Los Angeles, CA 90084-2110

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$4,038.80

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [✓] No  [ ] Yes

---

**3.41** Nonpriority creditor's name and mailing address
**FED EX**
PO Box 660481
Dallas, TX 75266-0481

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$100.05

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [✓] No  [ ] Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | TOG Hotels Downtown Dallas LLC | Case number (if known) | 25-30600-SWE11 |
|---|---|---|---|
| | Name | | |

---

**3.42** Nonpriority creditor's name and mailing address

Ferguson Enterprises, Inc
PO Box 847411
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.43** Nonpriority creditor's name and mailing address

Flashparking Inc
PO Box 735582
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,534.92**

---

**3.44** Nonpriority creditor's name and mailing address

Foley & Lardner LLP
PO Box 78470
Milwaukee, WI 53278

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$185,209.62**

---

**3.45** Nonpriority creditor's name and mailing address

GARDA CL SOUTHWEST
LOCKBOX #233209
3209 MOMENTUM PLACE
Chicago, IL 60680

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$822.44**

---

**3.46** Nonpriority creditor's name and mailing address

GRAINGER
DEPT . 842525685
PO Box 419267
Kansas City, MO 64141-6267

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$98.80**

---

**3.47** Nonpriority creditor's name and mailing address

GUEST SUPPLY
A SYSCO COMPANY
PO Box 6771
Somerset, NJ 08875

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,072.19**

---

**3.48** Nonpriority creditor's name and mailing address

H D SUPPLY FACILITIES MAINT
PO Box 509058
San Diego, CA 92150

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$32,031.83**

---

**3.49** Nonpriority creditor's name and mailing address

HOTEL INTERNET SERVICES
PO Box 1102
Sunland, CA 91041

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$535.84**

---

| Debtor | TOG Hotels Downtown Dallas LLC | Case number (if known) | 25-30600-SWE11 |
|---|---|---|---|
| | Name | | |

---

**3.50** Nonpriority creditor's name and mailing address

IHG Hotels & Resorts
Attn: Jenny Tidwell, Vice President
Three Ravinia Drive 100
Atlanta, GA 30346

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Franchise Agreement**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.51** Nonpriority creditor's name and mailing address

Impulsify Inc
PO Box 92252
Las Vegas, NV 89193

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$4,175.61**

---

**3.52** Nonpriority creditor's name and mailing address

Indeed.com, Inc
7501 N. Capital of Texas Hwy
Austin, TX 78731-4000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$715.57**

---

**3.53** Nonpriority creditor's name and mailing address

INFORMA EXHIBITIONS US
222 WEST LAS COLINAS BLVD STE 450E
Irving, TX 75039

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$6,978.00**

---

**3.54** Nonpriority creditor's name and mailing address

INTERCONTINENTAL HOTELS GROUP
c/o WELLS FARGO BANK NA
PO Box 101074
Atlanta, GA 30392

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$66,981.87**

---

**3.55** Nonpriority creditor's name and mailing address

IPFS Corporation
PO Box 730223
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number **9369**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$117,636.24**

---

**3.56** Nonpriority creditor's name and mailing address

Joyce W. Lindauer
1412 Main St., Suite 500
Dallas, TX 75202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$554.00**

---

| Debtor | **TOG Hotels Downtown Dallas LLC** | Case number (if known) | **25-30600-SWE11** |
|---|---|---|---|
| | Name | | |

**3.57** Nonpriority creditor's name and mailing address
Leib Lerner
Alston & Bird
333 South Hope St 16th Floor
Los Angeles, CA 90071

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.58** Nonpriority creditor's name and mailing address
LESLIES POOL SUPPLIES INC
PO Box 501162
Saint Louis, MO 63150

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$477.07**

---

**3.59** Nonpriority creditor's name and mailing address
LONESTAR COPY PRODUCTS
PO Box 190171
Dallas, TX 75219

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$508.58**

---

**3.60** Nonpriority creditor's name and mailing address
LOWES
PO Box 530954
Atlanta, GA 30353

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,906.63**

---

**3.61** Nonpriority creditor's name and mailing address
Mariah Menard
c/o Eric D. Rogers
Spielberger Law Group
4890 W. Kennedy Blvd. Suite 950
Tampa, FL 33609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Pending Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.62** Nonpriority creditor's name and mailing address
Maritz Global Events AT&L INC.
1375 North Highway Drive
Fenton, MO 63099

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,212.26**

---

**3.63** Nonpriority creditor's name and mailing address
Matt R. Moriarity
Polsinelli PC
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | TOG Hotels Downtown Dallas LLC | Case number (if known) | 25-30600-SWE11 |
|---|---|---|---|
| | Name | | |

**3.64** Nonpriority creditor's name and mailing address
**Network Elites Services LLC**
4100 International PKWY 2200
Carrollton, TX 75007

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,798.00**

---

**3.65** Nonpriority creditor's name and mailing address
**OFFICE DEPOT**
PO Box 660113
Dallas, TX 75266

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$493.31**

---

**3.66** Nonpriority creditor's name and mailing address
**ONPEAK, LLC**
**GES EVENT INTELLIGENCE SVC INC**
8313 COLLECTION CENTER DRIVE
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,359.76**

---

**3.67** Nonpriority creditor's name and mailing address
**ORKIN**
PO Box 638898
Cincinnati, OH 45263-8898

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$519.76**

---

**3.68** Nonpriority creditor's name and mailing address
**Paratus Service Group Corp**
**Scorpion Startup LLC**
10410 GLobe Rd Unit 104
Morrisville, NC 27560

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$31,000.00**

---

**3.69** Nonpriority creditor's name and mailing address
**Parker Technology LLC**
1630 N Meridian St Ste 125
Indianapolis, IN 46202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,394.04**

---

**3.70** Nonpriority creditor's name and mailing address
**Pathian Administrators**
**Healthsmart Benefit Solutions**
PO Box 17791
Denver, CO 80217

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$42.38**

---

**3.71** Nonpriority creditor's name and mailing address
**PNC Bank, NA**
**Commercial Lending Operations**
Pittsburgh, PA 15274-7046

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | TOG Hotels Downtown Dallas LLC | | Case number (if known) | 25-30600-SWE11 |
|---|---|---|---|---|
| | Name | | | |

---

**3.72** | Nonpriority creditor's name and mailing address
Ramiro Portillo-Olivas &
Claudia Portill
c/o Mildred Ashley KTC Law Firm
5720 LBJ Freeway Suite 440
Dallas, TX 75240

As of the petition filing date, the claim is: Check all that apply

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address
Regency Lighting
PO Box 8576
Pasadena, CA 91109

As of the petition filing date, the claim is: Check all that apply

**$315.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address
Restaurant Depot
2151 Irving Blvd.
Dallas, TX 75207

As of the petition filing date, the claim is: Check all that apply.

**$707.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address
Rhodes Byron Haggard
c/o Samuel J. Polak
Polak Law Group
600 N. Pearl Street Suite 1900
Dallas, TX 75201

As of the petition filing date, the claim is: Check all that apply

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Notice only

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address
Road Rebel Entertainment Inc
2869 Historic Decatur Rd
San Diego, CA 92106

As of the petition filing date, the claim is: Check all that apply.

**$243.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address
Roadrunner Inc
PO Box 6011
Hermitage, PA 16148

As of the petition filing date, the claim is: Check all that apply

**$1,890.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address
Roto-Rooter, Inc.
5672 Collections Center Drive
Chicago, IL 60693

As of the petition filing date, the claim is: Check all that apply.

**$378.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | TOG Hotels Downtown Dallas LLC | Case number (if known) | 25-30600-SWE11 |
|---|---|---|---|
| | Name | | |

---

**3.79** Nonpriority creditor's name and mailing address
**Royal Cup Coffee**
PO Box 841000
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1,724.12

---

**3.80** Nonpriority creditor's name and mailing address
**Sesac**
PO Box 5246
New York, NY 10008

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$2,049.67

---

**3.81** Nonpriority creditor's name and mailing address
**Shirmurphy Enterprises LLC**
PO Box 133148
Dallas, TX 75313

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$9,159.20

---

**3.82** Nonpriority creditor's name and mailing address
**SIGNAGE SYSTEMS INC.**
7900 Ferguson Rd
Dallas, TX 75228

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$502.28

---

**3.83** Nonpriority creditor's name and mailing address
**Spec's Liquors**
7777 Hines Place Blvd
Dallas, TX 75235

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$12,968.48

---

**3.84** Nonpriority creditor's name and mailing address
**Spectrum Business**
PO Box 60074
City of Industry, CA 91716

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$7,824.61

---

**3.85** Nonpriority creditor's name and mailing address
**TA Connections IL, LLC**
PO Box 74008563
Chicago, IL 60674

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$110.60

---

**3.86** Nonpriority creditor's name and mailing address
**Tandem Data Resource Group**
25 Highland Park Village Suite 100-154
Dallas, TX 75205

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$255.74

---

Debtor   **TOG Hotels Downtown Dallas LLC**                    Case number (if known)   **25-30600-SWE11**
          Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,054.60 |
|---|---|---|---|

**Team Travel Source Inc**
12910 Shelbyville Rd Ste 215
Louisville, KY 40243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,524.21 |
|---|---|---|---|

**Texas Wholesale**
2667 Northhaven Rd.
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,726.73 |
|---|---|---|---|

**THE BRANDT COMPANIES, LLC**
PO Box 227351
Dallas, TX 75222-7351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.12 |
|---|---|---|---|

**TMI Communication / Teksecute**
PO Box 737108
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.15 |
|---|---|---|---|

**Travel Sanabria Imagen**
300 Thunderbird Ste 10
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.34 |
|---|---|---|---|

**Verizon Wireless**
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Texas Attorney General's Office**<br>**Bankruptcy-Collections Division**<br>PO Box 12548<br>Austin, TX 78711-2548 | Line **2.1**<br><br>☐ Not listed. Explain ___ | _ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 13 of 14

Debtor  **TOG Hotels Downtown Dallas LLC**
        Name

Case number (if known)   **25-30600-SWE11**

5a. Total claims from Part 1

5b. Total claims from Part 2

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c.

| | Total of claim amounts |
|---|---|
| 5a. | $ 35,364.00 |
| 5b. + $ | 785,378.58 |
| 5c. | $ 820,742.58 |

Fill in this information to identify the case:

Debtor name   **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **25-30600-SWE11**

☑ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | **Big Outdoor Lease Agreement by and between Big Outdoor Texas, LLC, TOG Hotels Downtown Dallas LLC, and the Tognazzini Family Trust dated March 10, 2021** | |
| | State the term remaining | | **Big Outdoor Texas, LLC** |
| | List the contract number of any government contract | | **3811 Turtle Creek Blvd. No 1200 Dallas, TX 75219** |
| **2.2.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement by and between TOG Hotels Downtown Dallas LLC and Big Outdoor Texas, LLC dated January 22, 2020** | |
| | State the term remaining | | **Big Outdoor Texas, LLC** |
| | List the contract number of any government contract | | **1528 Slocum Street Attn: Legal Dallas, TX 75207** |
| **2.3.** | State what the contract or lease is for and the nature of the debtor's interest | **Crowne Plaza Relicensing License Agreement by and between Holiday Hospitality Franchising, LLC and TOG Hotels Downtown Dallas LLC dated June 14, 2017** | |
| | State the term remaining | | **IHG Hotels & Resorts Attn: Jenny Tidwell, Vice President Franchise Licensing & Complaint** |
| | List the contract number of any government contract | | **Three Ravinia Drive 100 Atlanta, GA 30346** |

Debtor 1   **TOG Hotels Downtown Dallas LLC**
   First Name       Middle Name       Last Name

Case number (if known)   **25-30600-SWE11**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **TV Service Contract by and between TOG Hotels Downtown Dallas LLC and Worldview.** | |
|---|---|---|---|
| | State the term remaining | | **Worldview** |
| | | | **9801 Westheimer Road** |
| | List the contract number of any government contract | | **FI 4** |
| | | | **Houston, TX 77042** |

**Fill in this information to identify the case:**

Debtor name     **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF TEXAS

Case number (if known)     **25-30600-SWE11**

☑ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Arena Inn & Suites, L.P. | 2677 N. Main Street Suite 470 Santa Ana, CA 92705 Guaranty | Region Bank DBA Ascentium Capital | ☑ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Canyon Crest Village, L.P. | 5200 Chicago Avenue Apt. F1 Riverside, CA 92507 Guaranty | Region Bank DBA Ascentium Capital | ☑ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Patricia Tognazzini | 1015 Elm Street Dallas, TX 75202-3103 Personal Guaranty | Channel Partners Capital, LLC | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Patricia Tognazzini | 1015 Elm Street Dallas, TX 75202-3103 Personal Guaranty | Region Bank DBA Ascentium Capital | ☑ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.5 | Terry Tognazzini | 1015 Elm Street Dallas, TX 75202 Guaranty of Recourse Obligations | Wilmington Trust, N.A. as Trustee | ☑ D __2.7__ ☐ E/F _____ ☐ G _____ |

| Debtor | TOG Hotels Downtown Dallas LLC | | Case number (if known) | 25-30600-SWE11 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | Terry Tognazzini | 1015 Elm Street<br>Dallas, TX 75202-3103<br>Personal Guaranty | Channel Partners<br>Capital, LLC | ☑ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Terry Tognazzini | 1015 Elm Street<br>Dallas, TX 75202-3103<br>Personal Guaranty | Alliance Laundry<br>Systems LLC | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Terry Tognazzini | 1015 Elm Street<br>Dallas, TX 75202<br>Personal Guaranty | Region Bank DBA<br>Ascentium Capital | ☑ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Tognazzini<br>Family Trust | Dated September 22, 1982<br>2677 N. Main St. Suite 470<br>Santa Ana, CA 92705<br>Guaranty of Recourse Obligations | Wilmington Trust,<br>N.A. as Trustee | ☑ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Patricia<br>Tognazzini | 1015 Elm Street<br>Dallas, TX 75202<br>Guaranty by and between Holiday<br>Hospitality Franchising, LLC dated June<br>14, 2017 | IHG Hotels & Resorts | ☐ D ____<br>☐ E/F ____<br>☑ G __2.3__ |
| 2.11 | Terry Tognazzini | 1015 Elm Street<br>Dallas, TX 75202<br>Guaranty by and between TOG Hotels<br>Downtown Dallas LLC dated June 14, 2017 | IHG Hotels & Resorts | ☐ D ____<br>☐ E/F ____<br>☑ G __2.3__ |

---

Fill in this information to identify the case:

Debtor name **TOG Hotels Downtown Dallas LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **25-30600-SWE11**

☑ Check if this is an amended filing

---

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☑ Amended Schedule   **A/B, D, E/F, G, and H**
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-27-2025        X _____
                              Signature of individual signing on behalf of debtor

**Scott Nadel**
Printed name

**Authorized Representative / Manager**
Position or relationship to debtor

---

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors